UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KAREN LOUISE JACKSON,

   Plaintiff,

v.                                        Case No. 3:23cv24538-MCR-HTC

ALEXANDRIA SHANKS,

   Defendant.
_____/

# ORDER

The Magistrate Judge issued a Report and Recommendation on May 23, 2024 (ECF No. 23). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Jackson's Motion for Summary Judgment, Doc. 18, is GRANTED.

3. Judgment is hereby entered in favor of Jackson.

4. The clerk is directed to remit the Policy Benefits to Jackson's counsel for the benefit of Jackson.

5. Plaintiff's Motion to Vacate Mediation Requirement (ECF No. 24) is denied as moot.

5. The clerk is directed to close the file.

**DONE AND ORDERED** this 11th day of September 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**